No. 5629. RUCKER v. NEIL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 5631. STEBBINS v. ALLSTATE INSURANCE COMPANIES ET. AL. C. A. D. C. Cir. Certiorari denied.

No. 5632. FLETCHER v. MAXWELL ET AL. C. A. 3d Cir. Certiorari denied.

No. 5635. COLLIS ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 5636. MARSHALL v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 5637. RUELAZ v. NELSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 5640. WILLIAMS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 5641. CHRISTIAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 5642. WILSON v. BRAYER. C. A. 4th Cir. Certiorari denied.

No. 5643. HICKS v. COX, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 5644. SANTIAGO v. CHARGE ACCOUNT CREDIT CORP. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 5646. JONES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 5650. WILLIAMS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.